AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
### for the

District of  NEVADA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  2:21-mj-00937-DJA |
| | ) | |
| MAYO MARTINEZ MURILLO | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Eastern District of California AS ORDERED | Courtroom No.: | AS ORDERED |
|---|---|---|---|
| | | Date and Time: | AS ORDERED |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:     11/3/21

_____
*Judge's signature*

DANIEL J. ALBREGTS, U.S. Magistrate Judge

_____
*Printed name and title*

```
____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
          COUNSEL/PARTIES OF RECORD

          NOV - 3 2021

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____ DEPUTY
```